

Entered on Docket
September 28, 2009

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

_____

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue
Suite 200
Las Vegas, Nevada 89119
(702) 735-1500
Attorney for Debtor
Nevada State Bar no. 5970

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| In re: | ) | BANKRUPTCY NUMBER: |
|---|---|---|
| CRAIG ROSENSTEIN & AUDREY ROSENSTEIN | ) ) ) | BK-S-09-25742-BAM Chapter 13 |
| Debtor. | ) ) ) | Date: N/A Time: N/A |

ORDER VOLUNTARILY DISMISSING CHAPTER 13 BANKRUPTCY PETITION

Having read the application of the above-named Debtor by and through his attorney, RANDOLPH H. GOLDBERG, ESQ., and good cause appearing therefore,

1

2          IT IS HEREBY ORDERED AND DECREED:

3          THAT the Chapter 13 of the Bankruptcy Case be dismissed.

4          IT IS FURTHER ORDERED that KATHLEEN LEAVITT Chapter 13 Trustee receive the
5    sum of $ 150.00 as and for services rendered in the Chapter 13 proceeding.

6

7          DATED this 18TH    day of SEPTEMBER , 2009.

8    Submitted by:
     THE LAW OFFICE OF
9    RANDOLPH H. GOLDBERG, ESQ.

10   By_/s/RANDOLPH H. GOLDBERG, ESQ. /s/_
     RANDOLPH H. GOLDBERG, ESQ.
11   4000 S. EASTERN AVENUE, STE. 200
     LAS VEGAS, NV 89119
12   Attorney for Debtor

13

14   APPROVED/DISAPPROVED
     AS TO FORM AND CONTENT:
15

16
     KATHLEEN LEAVITT
17   201 S LAS VEGAS BLVD. # 200
     LAS VEGAS, NV 89101
18

19

20

21

22

23

24

25

26

27